1  Boyd C. Sleeth (State Bar No. 104909)
   John N. Heffner (State Bar No. 221557)
2  REED SMITH LLP
   1999 Harrison Street
3  Oakland, CA  94612-3572

4  **Mailing Address:**
   P.O. Box 2084
5  Oakland, CA  94604-2084

6  Telephone:    510.763.2000
   Facsimile:    510.273.8832
7
   Attorneys for Plaintiff Cirrus Logic, Inc.
8

*IT IS SO ORDERED*
*Judge James Ware*

9
10                         UNITED STATES DISTRICT COURT
11                        NORTHERN DISTRICT OF CALIFORNIA
12                                SAN JOSE DIVISION
13

14  CIRRUS LOGIC, INC., a Delaware           No. C 04 2270 JW
    corporation,
15
                Plaintiff,
16                                           **STIPULATION OF DISMISSAL**
         vs.
17
    ST. PAUL FIRE AND MARINE                 Trial Date:  None Set
18  INSURANCE CO., a Minnesota
    corporation,
19                                           Honorable James Ware
                Defendant.
20

21
22
23
24       IT IS HEREBY STIPULATED by and between the parties to this action through their
25  designated counsel that the above-captioned action be and hereby is dismissed without prejudice
26  pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).
27
28

DATED: ~~July~~ Aug. 1, 2005.

REED SMITH LLP

By _[signature]_
Boyd C. Sleeth
Attorneys for Plaintiff Cirrus Logic, Inc.

DATED: July 27, 2005.

ZELLE, HOFMANN, VOELBEL, MASON & GETTE, LLP

By _Marc J. Shrake_
Marc J. Shrake
Attorneys for Defendant St. Paul Fire & Marine Insurance Co.